IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00292-RJC-DSC

| | |
|---|---|
| USA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JACQUELINE DIANNE OKOMBA (1) ) | |
| ) | |

**THIS MATTER** is before the Court on the defendant's motion for a second continuance of the trial of this case, currently scheduled during the December 3, 2018, criminal trial term. (Doc. No. 24).

On August 22, 2018, the grand jury indicted the defendant for an alleged fraudulent debt collection scheme, (Doc. No. 3), and the case was set for trial during the October 2018 term, (Scheduling Order, Sept. 19, 2018). At that time, the government was ordered to provide required discovery within ten days. (Discovery Order, Sept. 19, 2018).

A co-defendant moved to continue the case on September 18, 2018, stating he had not received discovery and was unable to prepare for trial. (Doc. No. 18: Motion at 1). The Court granted the motion and re-set the trial during the December 2018 term. (Doc. No. 19: Order). The defendant filed the instant motion for a second continuance on November 5, 2018, stating that the government notified her that discovery will be voluminous and asked her to provide an external hard drive for discovery production. (Doc. No. 24 at 1). The motion does not specify when that request was made, whether the defendant has complied with the request, and

whether materials have been available for inspection prior to providing the defendant with a copy.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the defendant's motion within ten days of the entry of this Order. The government shall specifically address whether information required to be disclosed has been made available or provided to the defendant, and, if not, why not and the expected schedule for its provision. If an evidentiary hearing is necessary to resolve the motion to continue, the parties will be notified by separate order.

Signed: November 6, 2018

Robert J. Conrad, Jr.
United States District Judge