UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-292

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| (1) JACQUELINE DIANNE OKOMBA | ) | |
| (2) LAURENCE A. SESSUM | ) | ORDER |
| | ) | |

**THIS MATTER** is before the Court on the Government's Unopposed Motion for Alternate Victim Notification Procedures, pursuant to 18 U.S.C. § 3771(d)(2). (Doc. No. 33).

The Court finds that the number of victims, as defined by 18 U.S.C. § 3771(e), makes it impracticable to accord all of the victims the rights described in 18 U.S.C. § 3771(a). The Court further finds that the Government's proposed publication via the internet is a reasonable procedure to satisfy 18 U.S.C. § 3771.

**IT IS, THEREFORE, ORDERED** that the Government's Unopposed Motion for Alternative Victim Notification Procedures, (Doc. No. 32), **GRANTED** and the Government may provide notice as detailed in the motion.

Signed: January 16, 2019

Robert J. Conrad, Jr.
United States District Judge